UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL MOSLEY,<br><br>    Plaintiff,<br><br> v.<br><br>ONEMAIN FINANCIAL; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and INNOVIS DATA SOLUTIONS, INC.,<br><br>    Defendants. | NO: 4:17-CV-5079-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE THE COURT** is Plaintiff Michael Mosley's stipulation to dismissal of this matter with prejudice, ECF No. 17. Having reviewed the stipulation, made pursuant to Fed. R. Civ. P. Rule 41(a)(1), and the record, the Court finds good cause to order dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulation of Dismissal, **ECF No. 17**, is **APPROVED**. Plaintiff's Complaint is **dismissed with prejudice and without costs to any party**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** November 13, 2017.

                                          *s/ Rosanna Malouf Peterson*
                                         ROSANNA MALOUF PETERSON
                                            United States District Judge